**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1589

DAVID P. FARLEY,

Plaintiff - Appellant,

versus

DAVID J. MARTIN, Owner-President of Martin
Properties; BOB DASCOMBE, Senior Vice Presi-
dent Martin Properties; STRICKLAND CONSULTING
SERVICES, INCORPORATED; R.W. MOORE EQUIPMENT
COMPANY, INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Senior District
Judge. (CA-01-218-5-F)

Submitted: August 9, 2001          Decided: August 14, 2001

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David P. Farley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David P. Farley appeals from the district court's order dismissing his suit as frivolous.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. Farley v. Martin, No. CA-01-218-5-F (E.D.N.C. Mar. 28, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED